**Order Modifying Stay filed May 16, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00356-CV
_____

### IN RE SUN COAST RESOURCES, INC., Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
125th District Court
Harris County, Texas
Trial Court Cause No. 2017-08016**

## ORDER

On May 4, 2018, this court issued an order granting the emergency motion for temporary relief of relator Sun Coast Resources, Inc. We ordered all proceedings in the trial court under cause number 2017-08016, *Jodi Oliver et. al. vs. Sun Coast Resources*, stayed until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court. We also requested real parties-in-

interest to file a response to the petition for writ of mandamus on or before May 18, 2018.

On May 10, 2018, this court lifted the stay in part to allow the trial court to consider and rule on any requests by any party to reconsider, modify, or vacate, in part or in full, the trial court's April 18, 2018 order at issue in this mandamus proceeding.

The parties have filed letters with the court requesting further modification of the stay. Real parties-in-interest have also made an unopposed request to extend the time for filing their response to the petition for writ of mandamus until June 8, 2018.

Accordingly, we: (1) further lift the stay to permit the trial court to consider and rule upon issues set for hearing on May 25, 2018, including the potential designation of responsible third parties, and real parties-in-interest's motion to compel discovery, and (2) extend the time for the filing of real parties-in-interest's response to the petition for writ of mandamus until June 8, 2018.

All other trial court proceedings remain stayed.

PER CURIAM

Panel consists of Justices Donovan, Brown, and Jewell.